IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ELIZABETH ELSTON, individually, and on behalf of all others similarly situated<br><br>    Plaintiff,<br><br>v.<br><br>HORIZON GLOBAL AMERICAS, INC.,<br><br>    Defendant. | Case No. 2:19-cv-02070-KHV-GEB |

**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR PRELIMINARY**

**SETTLEMENT APPROVAL**

The Plaintiff in the above-captioned matter, by and through her respective attorneys, hereby moves this Court for an order approving the terms and conditions of the Confidential Settlement and Release Agreement reached in this matter. The reasons for this Motion are set forth more fully in the Memorandum in Support of Plaintiff's Second Unopposed Motion for Preliminary Settlement Approval filed concurrently herewith.

**WHEREFORE**, Plaintiff hereby requests that this Court grant this Motion and enter the proposed Order approving the Stipulation of Class Action and FLSA Settlement.

Dated: August 5, 2020                                    Respectfully submitted,

                                                         OSMAN & SMAY LLP

                                                         By:     /s/ Matthew E. Osman
                                                         Matthew E. Osman,    KS Bar # 23563
                                                         Kathryn S. Rickley,   KS Bar # 28311
                                                         8500 W. 110th Street, Suite 330
                                                         Overland Park, Kansas 66204
                                                         Telephone:   (913) 667-9243
                                                         Facsimile:    (866) 470-9243
                                                         mosman@workerwagerights.com
                                                         krickley@workerwagerights.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2020 a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

By:/s/ Matthew E. Osman
Matthew E. Osman

ATTORNEY FOR PLAINTIFFS